IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DAVID SANCHEZ, | ) | |
| | ) | CIVIL ACTION NO.: |
| Plaintiff, | ) | 1:21-cv-4815-MLB |
| | ) | |
| v. | ) | |
| | ) | |
| LVNV FUNDING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

This matter is before the Court on the Defendant's Unopposed Motion for Extension to Reply asking the Court to extend by 7 days its deadline to file a reply in response to Plaintiff's opposition to Defendant's Motion In Limine [Doc. 51] Upon review of the file, the non-opposition of the Plaintiff, and other good cause show, the motion is GRANTED. Defendant shall have through and including May 10, 2024 to file a reply to Plaintiff's opposition to Defendant's Motion in Limine [51].

SO ORDERED this 2nd day of May, 2024.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE